**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN DEMPSEY, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:24-cv-00269-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STAY**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff BRIAN DEMPSEY ("Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. ("Defendant" or "Smith's") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Stay for two weeks from Wednesday, October 2, 2024 to Wednesday, October 16, 2024.

- 1 -
STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION
TO DEFENDANT'S MOTION TO STAY

Defendant filed its motion to stay on September 18, 2024 (ECF No. 19.) On September 19, 2024, the Court vacated the Case Management Conference scheduled for September 25, 2024. (ECF No. 20.) Plaintiff's response to Defendant's motion to stay is currently due October 2, 2024.

Plaintiff and Defendants consent to this request. This is the first request for an extension of the time for this deadline. The Parties respectfully submit there is good cause for this extension and the requested extension is not for the purpose of delay.

Dated:  September 25, 2024

**THIERMAN BUCK**

/s/Leah L. Jones
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
325 W. Liberty St.
Reno, Nevada 89501

*Attorneys for Plaintiff
and the Putative Classes*

Dated:  September 25, 2024

**COZEN O'CONNOR**

/s/Aaron Holt
Jonathan A. Rich, Nev. Bar No. 15312
1180 North Town Center Drive, Suite 260
Las Vegas, Nevada 89144

Jacob M. Rubinstein, *Admitted Pro Hac Vice*
4875 East Pearl Circle, Suite 101
Boulder, Colorado 80301

Aaron Holt, *Admitted Pro Hac Vice*
1221 McKinney Street, Suite 2900
Houston, Texas 77010

*Attorneys for Defendant Smith's Food & Drug Center, Inc.*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: September 26, 2024