# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DEMPSEY, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 3:24-cv-00269-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC. TO RESPOND TO PLAINTIFF BRIAN DEMPSEY'S OPPOSITION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS** |

Plaintiff Brian Dempsey, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Smith's Food & Drug Centers, Inc., stipulate and respectfully request under Local Rule IA 6-1 that this Court extend the time for Defendants to respond to Plaintiff's Opposition [ECF 26] to Defendant's Motion to Stay Proceedings [ECF 19] until **November 1, 2024**.

Plaintiff filed the Collective and Class Action Complaint on June 25, 2024 that Defendant Answered on August 19, 2024. *See* ECF 1, 9. On September 19, 2024, Defendant filed a Motion to Stay Proceedings (the "Motion"). *See* ECF 19. That same day, the Court vacated a previously scheduled Case Management Conference. *See* ECF 20. Plaintiff responded to Defendant's Motion on October 11, 2024. *See* ECF 26.

Defendant's Motion concerns the current split of authorities both among the Circuit Courts and within the Ninth Circuit concerning whether a court has personal jurisdiction over potential opt-in plaintiffs who do not have minimum contacts with the forum state. *See* ECF 19 at 3-5.

1

Defendant's Reply in Support of its Motion is currently due by October 18, 2024. Defendant's counsel seek a two week extension of time to respond to Plaintiff's Opposition in Response to Defendant's Motion until **November 1, 2024**.

Plaintiff and the Defendants consent to this request. This is the first request for extension of time for this deadline. The parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 15, 2024. | Dated: October 15, 2024. |
| THIERMAN BUCK | COZEN O'CONNOR |
| By: */s/ Leah Jones*<br>Joshua D. Buck, Esq.<br>Nevada Bar No. 12187<br>Leah L. Jones, Esq.<br>Nevada Bar No. 13161<br>325 West Liberty Street<br>Reno, NV 89501<br>Telephone: (775) 284-1500<br>Josh@thiermanbuck.com<br>Leah@thiermanbuck.com<br>*Attorneys for Plaintiff*<br>*and the putative classes* | By: */s/ Jonathan Rich*<br>Jonathan A. Rich, Esq.<br>Nevada Bar No. 15312<br>1180 North Town Center Drive, Suite 260<br>Las Vegas, NV 89107<br>Telephone: 702-470-2330<br>JARich@cozen.com<br>*Attorneys for Defendant*<br>*Smith's Food & Drug Centers, Inc.* |

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is GRANTED. Defendants shall have up to and including **November 1, 2024** to file its Reply in Support of Defendant's Motion for Stay of Proceedings.

**IT IS SO ORDERED**.

Anne R. Traum
United States District Judge

DATED: October 17, 2024

141963219_2
LEGAL\72300129\3