UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DEMPSEY, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:24-cv-00269-ART-CSD<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO FILE STIPULATED NOTICE** |

Having considered the Parties Stipulation to Extend Time to File Stipulated Notice, the Court rules as follows:

**IT IS HEREBY ORDERED** that the Parties' stipulation is **GRANTED**. The Parties shall have up to and including **April 28, 2025** to file their Stipulated Notice.

IT IS SO ORDERED.

DATED: 2/26/2025

_Ann Rassel Ru_

75959757\1