# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN DEMPSEY, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00269-ART-CSD<br><br>**ORDER APPROVING**<br><br>**JOINT NOTICE OF SETTLEMENT** |

  Plaintiff, Brian Dempsey ("Plaintiff") individually and on behalf of all others similarly situated and Defendant Smith's Food & Drug Centers, Inc. (collectively "The Parties"), by and through their respective counsel of record, hereby notify this Honorable Court that the Parties have reached a proposed resolution to resolve all claims in this matter.

  After engaging in serious arms-length negotiations, the Parties were able to reach an agreement to resolve this action. Accordingly, the Parties respectfully request sixty (60) days to

/ / /

/ / /

prepare and finalize the proposed settlement agreement and preliminary approval motion.

Respectfully submitted,

| | |
|---|---|
| Dated:  May 16, 2025 | Dated:  May 16, 2025 |
| **THIERMAN BUCK** | **COZEN O'CONNOR** |
| /s/Leah L. Jones<br>Joshua D. Buck, Nev. Bar No. 12187<br>Leah L. Jones, Nev. Bar No. 13161<br>325 W. Liberty St.<br>Reno, Nevada 89501<br><br>*Attorneys for Plaintiff*<br>*and all others similarly situated* | By: */s/ Jacob M. Rubenstein*<br>Jacob M. Rubinstein, *Admitted Pro Hac Vice*<br>Aaron Holt, *Admitted Pro Hac Vice*<br>Jonathan A. Rich<br>Nevada Bar No. 15312<br>1180 North Town Center Drive, Suite 260<br>Las Vegas, NV  89144<br>Telephone: (702) 470-2330<br><br>*Attorneys for Defendant*<br>*Smith's Food & Drug Centers, Inc* |

### ORDER

Pursuant to the foregoing joint notice by counsel for the Parties and good cause appearing, IT IS HEREBY ORDERED that:

(1) The Parties shall file the proposed Settlement Agreement and Preliminary Approval Motion sixty (60) days from the date of this Order.

Dated: May 16, 2025

_____
Anne R. Traum
United States District Court Judge