1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN DEMPSEY, on behalf of himself and all other similarly situated individuals, | Case No.: 3:24-cv-00269-ART-CSD |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO EXTEND TIME TO FILE SETTLEMENT PAPERWORK** |
| SMITH'S FOOD & DRUG CENTERS, INC., and DOES 1 through 50, inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff Brian Dempsey, individually and on behalf of all others similarly situated, and Defendant Smith's Food & Drug Centers, Inc. (collectively "The Parties"), stipulate and respectfully request that this Court extend the time from July 15, 2025 [Doc 44], by 30 days, or until August 15, 2025, for the Parties to prepare and finalize the proposed settlement agreement and preliminary approval motion.

Plaintiff and the Defendants consent to this request. This is the first request for an extension of time for this deadline. The Parties respectfully submit that there is good cause for this extension and the requested extension is not for the purpose of delay.

1

IT IS SO STIPULATED.

Dated: July 9, 2025

THIERMAN BUCK

/s/     Leah Jones
Joshua D. Buck, Esq.
Nevada Bar No. 12187
Leah L. Jones, Esq.
Nevada Bar No. 13161
325 West Liberty Street
Reno, NV 89501
Telephone: (775) 284-1500
Josh@thiermanbuck.com
Leah@thiermanbuck.com
*Attorneys for Plaintiff
and the putative classes*

Dated: July 9, 2025

COZEN O'CONNOR

*/s/ Jacob M. Rubinstein*
Jacob M. Rubinstein
*Admitted Pro Hac Vice*
Aaron Holt
*Admitted Pro Hac Vice*
Jonathan A. Rich
Nevada Bar No. 15312
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 470-2330
jrubinstein@cozen.com
aholt@cozen.com
jarich@cozen.com
*Attorneys for Defendant
Smith's Food & Drug Centers, Inc*

**ORDER**

Pursuant to the foregoing joint stipulation by counsel for the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The Parties shall file the proposed Settlement Agreement and Preliminary Approval Motion no later than August 15, 2025.

_____
Anne R. Traum
United States District Court Judge

DATED: July 9, 2025